# UNITED STATES DISTRICT COURT

for the

Western District of NY

Baljeet Singh,
*Plaintiff*
v.
Philip Rhoney Facility Director, Buffalo Federal Detention Facility, et. al.,
*Defendant*

Civil Action No. 26-cv-06905-MAV

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☒ other: The Court dismisses any remaining claims in the petition without prejudice and directs the Clerk of the Court to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

☐ tried by Judge ________ without a jury and the above decision was reached.

☒ decided by Judge Meredith A. Vacca on a motion for n/a in favor of Petitioner dismissing petition without prejudice.

Date: 11/18/2026

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*